IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:    CHARLES FLOYD BURKETT
         DEBTOR                                         NO. 4:14-bk-10750

ORDER

1.  Debtor filed a motion noticed to creditors and the trustee with an opportunity to object March 17, 2014 to employ private counsel to pursue a civil case.

2.  No objections were filed to the John Ogles handled lawsuit and the motion is granted in part as to that action. The below action may proceed in state court with John Ogles as attorney for the bankruptcy estate of debtor Charles Floyd Burkett.

3.  John Ogles of Jacksonville, AR is approved to be hired as attorney for the bankruptcy estate in <u>Burkett v. Moore</u>; Pulaski Circuit No. 60CV-12-4487 as per the contract with debtor which provides for a 40% contingency fee on the recovery with no fees required if there is no recovery.

4.  All proceeds accruing to debtor shall be paid directly to Chapter 13 Trustee Jack W. Gooding, Chapter 13 Standing Trustee, P.O. Box 8064, Little Rock, AR 722103-8064. Said payment shall note the debtor's name and case number 4:14-bk-10750.

IT IS SO ORDERED.

                                    *[signature]*
                                    05/19/2014
                                    _____
                                    U.S. BANKRUPTCY JUDGE

                                    _____
                                    DATE

Entered On Docket: 05/19/2014

Prepared:

/s/John Ogles

John Ogles, Attorney for Debtor